O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-8645 AHM (DTBx) | Date | June 1, 2010 |
|---|---|---|---|
| Title | LINWOOD EDWARD TRACY, *et al.* v. STEVE COOLEY, *et al.* | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE |
|---|---|

| Stephen Montes | Not Reported | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys **NOT** Present for Plaintiffs: | Attorneys **NOT** Present for Defendants: |
|---|---|

**Proceedings:**     IN CHAMBERS (No Proceedings Held)

Plaintiffs not having responded to this Court's April 28, 2010 Order to Show Cause, the Court hereby finds that each Plaintiff is a vexatious litigant within the meaning and scope of Local Rule 83-8 and to the extent referred to herein. In reaching this conclusion, the Court incorporates by reference its three prior orders (referred to in the Order to Show Cause) denying Plaintiffs' request to recuse the Magistrate Judge. The second and third such motions filed by Plaintiffs flagrantly disregarded the Court's rulings and patient efforts to provide clear and basic standards for Plaintiffs to adhere to.

Accordingly, whether acting on their own or through counsel, Plaintiffs may not file any motions or other documents (regardless of how they are captioned and regardless of the case or case number) that seek to disqualify Magistrate Judge Bristow, without Plaintiffs first receiving express written authorization from a judge of this Court, issued after Plaintiffs have proffered evidence supporting such recusal request. The Clerk is ordered to refuse any such motion (however captioned) unless a judge on this Court has authorized it.

|  | : |  |
|---|---|---|
| | Initials of Preparer | SMO |

**cc: Civil Intake**