O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINWOOD EDWARD TRACY, JR., et al.,<br><br>             Plaintiffs,<br><br>      vs.<br><br>STEVE COOLEY, District Attorney of Los Angeles County, et al.,<br><br>             Defendants. | Case No.  CV 09-8645-AHM (DTB)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge.  No objections to the Report and Recommendation have been filed herein.  The Court concurs with and adopts the findings, conclusions and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that defendant Cooley's Motion to Dismiss plaintiffs' claims for relief is granted with leave to amend; defendants McCoy and Edmon's Motion to Dismiss plaintiffs' claims for relief is granted with leave to amend; plaintiffs' claims against the remaining defendants are dismissed with leave to amend; plaintiffs' First Motion to Amend is denied; plaintiffs' Second Motion to Amend is denied; and if plaintiffs choose to amend, any valid claims will be stayed pursuant to the

1 | Younger doctrine.

3 | DATED: 10/25/10

A. HOWARD MATZ
UNITED STATES DISTRICT JUDGE