# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINWOOD EDWARD TRACY, JR., et al., <br><br> Plaintiffs, <br><br> vs. <br><br> STEVE COOLEY, District Attorney of Los Angeles County, et al., <br><br> Defendants. | Case No.  CV 09-8645-AHM (DTB) <br><br> **J U D G M E N T** |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that defendant Cooley's Motion to Dismiss plaintiffs' claims for relief is granted with leave to amend; defendants McCoy and Edmon's Motion to Dismiss plaintiffs' claims for relief is granted with leave to amend; plaintiffs' claims against the remaining defendants are dismissed with leave to amend; plaintiffs' First Motion to Amend is denied; plaintiffs' Second Motion to Amend is denied; and if

plaintiffs choose to amend, any valid claims will be stayed pursuant to the Younger doctrine.

DATED:   October 25, 2010

                              A. HOWARD MATZ
                              UNITED STATES DISTRICT JUDGE