JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINWOOD EDWARD TRACY, JR., et al., <br><br> Plaintiffs, <br><br> vs. <br><br> STEVE COOLEY, District Attorney of Los Angeles County, et al., <br><br> Defendants. | Case No. CV 09-8645-JAK (DTB) <br><br> **J U D G M E N T** |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed without prejudice.

Dated: June 19, 2013

JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE

1